



1 - 1 3 - 0 7 - 2:0



EXHIBIT

tabbies®

K



1-13-07= 2:30 PM

EXHIBIT









**EXHIBIT**



9-3-06



9-3-06



9-3-06



9-3-06

EXHIBIT

tabbies



10-18-06



10-18-06-10:04



10-18-06



10-18-06



EXHIBIT



10-20-06



10-20-06



1-13-07-2:30



10-21-06

**EXHIBIT**

bbbles



1-13-07- 2:30



1-13-07=2:30PM



1-13-07- 2:00



1-13-07- 2:30

**EXHIBIT**

tabbies



1-/3-07-200



1-/3-07-3:30



2-23-07-10:00 A.M.



2-23-07-10:00 A.M.



EXHIBIT



1-13-07:3:00



1=13-07-3:00 PM



1-13-07: 2:30



1-13-07

EXHIBIT

tabbies



2-23-07 /0:00 A,M



2-23-07-/0:00 AM



3-24-07 400-PM



3-24-07 400-PM

EXHIBIT



3-2 4-07
    400-PM



11-8-07 3:00



4-/8-08-10.30



1-11-08 - 9:30
            A.M

EXHIBIT

tabbies®











JUL 25 2010







JUL 25 2010



JUL 25 2010



JUL 25 2010













JUL 25 2010



JUL 25 2010



JUL 25 2010









JUL 25 2010







